UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON L. ALAN,<br><br>            Plaintiff,<br><br>   v.<br><br>CMRE FINANCIAL SERVICES, INC,<br><br>            Defendant | CASE NO.: CV 20-10601-DMG (JEMx)<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE [37]** |

    Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed with prejudice. The parties shall bear their own respective costs.

IT IS SO ORDERED.


DATED:  March 25, 2021                    _____
                                            DOLLY M. GEE
                                            UNITED STATES DISTRICT JUDGE